Filed 9/3/25  In re Martinez on Habeas Corpus CA5

**<u>NOT TO BE PUBLISHED IN OFFICIAL REPORTS</u>**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re | F089736 |
| SAUL MARTINEZ, | (Fresno Super. Ct. Nos. F23900797) |
| On Habeas Corpus. | **OPINION** |

### <u>THE COURT</u>*

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Saul Martinez, in pro. per., for Petitioner.

Rob Bonta, Attorney General, and Jamie A. Scheidegger, Deputy Attorney General, for Respondent.

-ooOoo-

Petitioner seeks permission to file a belated notice of appeal under the doctrine of constructive filing.  (*In re Benoit* (1973) 10 Cal.3d 72, 81–82.)  The Attorney General was given an opportunity to file an opposition to the request and told that its failure to do so would be treated as consent to the requested relief being granted without further proceedings.  The Attorney General provided a response on July 22, 2025, stating it was not opposing petitioner's request to file a belated notice of appeal.

---

*        Before Franson, Acting P. J., Snauffer, J. and DeSantos, J.

The Attorney General's concession, in accordance with our order filed on May 7, 2025, is deemed to constitute an agreement that the requested relief ought to be granted without further proceedings.  (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

Accordingly, we conclude petitioner is entitled to relief.

## DISPOSITION

Petitioner is granted leave to file a notice of appeal on or before 60 days from the date of this order in Fresno County Superior Court action No. F23900797.

Let a writ of mandate issue directing the Clerk of the Fresno County Superior Court to file said request in its action No. F23900797, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives said request on or before 60 days of the date of this order.

This opinion is final forthwith as to this court.